IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

CLINTON A FORD,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 474, Motion to Continue Sentencing for 90 days by Clinton A. Ford. The government does not object to the continuance.

**ORDERED AND ADJUDGED:**

Defendant's Motion to Continue Sentencing is GRANTED. Defendant's sentencing is rescheduled for Friday, October 21, 2005, at 11:00 A.M.

**DONE AND ORDERED** this  _24th_  day of June, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge