IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

CLINTON A. FORD,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 505, Motion to Continue filed by Clinton A. Ford.  In his motion, Defendant requests a two week continuance of his sentencing currently scheduled for Friday, October 28, 2005.  In support of his motion, Defendant asserts that defense counsel has a calendar conflict on said date requiring counsel to be in Bronson, Florida.  The Defendant states that the Government does not oppose this motion.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Defendant Ford's Motion to Continue, Doc. 505, is granted.  Defendant's sentencing hearing is hereby rescheduled for Thursday, December 1, 2005, at 10:00 a.m.

    **DONE AND ORDERED** this ___19th___ day of October, 2005

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge