IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:03-cr-00041-MP-AK

CLINTON A. FORD,

     Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 514, Defendant's Motion to Continue his sentencing hearing currently scheduled for Thursday, December 1, 2005.  In support of his motion, Ford states that another defendant, Myron Stevenson, is attempting to withdraw his plea.  If successful, Ford would have to testify against Stevenson at trial.  The Government does not oppose the continuance.  Accordingly, Defendant's motion is granted.  Defendant Ford's sentencing hearing is rescheduled for Friday, December 9, 2005, at 11:00 a.m.

    **DONE AND ORDERED** this _30th_ day of November, 2005


       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge