IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

CLINTON A. FORD,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Defendant's oral motion to continue his sentencing hearing currently scheduled for Friday, December 9, 2005. After considering the matter, Defendant's motion is granted. Defendant's sentencing hearing is hereby rescheduled for Wednesday, February 1, 2006, at 2:00 p.m.

**DONE AND ORDERED** this  *7th* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge